# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: **CR12-0092**
U.S.A. v. **Dani McLeod**
Defendant Number: **1 of 1**
Year of Birth: **1968**

☐ Indictment  ☑ Information
Investigative agency (FBI, DEA, etc.): **USAF Security Forces - VAFB**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:
   ☑ Misdemeanor   ☐ Minor Offense   ☐ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense: **11-7-2010**
c. County in which first offense occurred: **Santa Barbara**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles     ☐ Ventura
   ☐ Orange          ☑ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____
Citation of offense: **18 USC §13 assimilating Ca. CPC 273a(b) and H&S Code 11550(a)**

**RELATED CASE**  N/A

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**  N/A
A complaint was previously filed on: **N/A**
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**  N/A
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**  N/A
IS THIS A NEW DEFENDANT?   ☐ Yes   ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☐ Male   ☑ Female
- ☑ U.S. Citizen   ☐ Alien
- Alias Name(s) _Dani Smith_

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☑ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☑ Other: _child endangerment_

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☑ No
d. Is a Fugitive   ☐ Yes   ☑ No
e. Is on bail or release from another district: _____
f. ☑ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☑ No

Defendant is **in** custody: N/A
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date _1-30-12_

_Sharon McCaslin_
Signature of Assistant U.S. Attorney

_Sharon McCaslin_
Print Name