# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 11-1210-RCF / CR 12-0092 (related case) | Date February 8, 2012 |

Present: The Honorable **Rita Coyne Federman, United States Magistrate Judge**

Interpreter None

| Stephanie M. Lee | None | Sharon McCaslin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani McLeod-Smith | | | | Asal Akhondzadeh, DFPD | | | |

**Proceedings:**   **(IN CHAMBERS)**

     On December 15, 2011, following a hearing at which the defendant consented to proceed before a Magistrate Judge and requested a jury trial in this matter, the Court ordered the Government to file an Information with the present case number alleging all charges to be pursued at trial.  On January 31, 2012, the Information was erroneously filed with a new case number: CR 12-0092.

     The Clerk of Court is directed to administratively close case number CR 12-0092 and re-file the documents filed under CR 12-0092 as part of the case record for CR 11-1210.  The Clerk of Court shall also administratively close the pending CVB violations, case numbers 1981430 and 2908418.

IT IS SO ORDERED.

00 : 00

sml

cc: AUSA
     DFPD